Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014   FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                           ) Case No.: 2:05-bk-12012-VK
                                 )
    Langarica, Cristina          ) TRUSTEE'S NOTICE OF
                                 ) UNCLAIMED DIVIDEND
                                 ) (Bankruptcy Rule 3011)
                                 )
                                 )
                                 )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 619059 in the sum of

$3.34 representing the total amount of unclaimed dividend in the

above-entitled debtor's estate.   The check was not deliverable

at the address of record.   The Trustee, after due diligence, has

not been able to locate the payee.   Said sum is paid over to you

pursuant to Bankruptcy Rule 3011.   The record reflects the name

and address of the party entitled to said unclaimed dividend to

be:

    WELLS FARGO RETIREMENT SOLUTIONS
    ATTN: PROCESSING
    2700 SNELLING AVE. N. #300
    ROSWILLE, MN  55113

Date:   02/08/10                    _____
                                         NANCY CURRY


NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                    Check No. 619059
Pay to: 50003300  U.S. BANKRUPTCY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)☐☐

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0512012-VK | 204-0 | LANGARICA, CRISTINA | | 0.00 | 3.30 | 0.04 | 3.34 |

🔒 WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

January 28, 2010

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950

Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 619059

PAY** Three Dollars and 34 Cents*********************************
TO THE ORDER OF                                    AMOUNT *******$3.34  ***

VOID AFTER April 28, 2010

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry*

⑈619059⑈ ⑆061100790⑆ 000005752001⑈